DONALD R. TRUVER & another *vs.* FALL RIVER TRUST COMPANY. December 5, 1978. The action was properly dismissed. The title to the cause of action set out in the complaint had vested in the plaintiffs' trustee in bankruptcy under the provisions of 11 U.S.C. § 110(a)(6) (1976), with the result that the action could not be maintained by the plaintiffs. See 4A Collier, Bankruptcy par. 70.28[6] (14th ed. 1976); *Gochenour* v. *Cleveland Terminals Bldg. Co.*, 118 F.2d 89, 93 (6th Cir. 1941); *Constant* v. *Kulukundis*, 125 F. Supp. 305, 306 (S.D.N.Y. 1954); *Hermsmeyer* v. *A.L.D. Inc.*, 239 F.Supp. 740, 742-743 (D. Colo. 1964); *Moore* v. *Slonim*, 426 F. Supp. 524, 526-527 (D. Conn.), aff'd, 562 F.2d 38 (2d Cir. 1977).

*Judgment affirmed.*

*Alan A. Amaral* for the plaintiffs.
*John J. Harrington* (*Andrew Shabshelowitz* with him) for the defendant.